UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| YURI M. BIRG, | ) | CASE NO. 17-10670 |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **July 21, 2017, at 1:00 p.m.**, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, at the North Branch Court (Round Lake Beach), 1792 Nicole Lane, Round Lake Beach, Illinois, or before any other Bankruptcy Judge who may be sitting in his place and shall present the **Motion for Rule 2004 Examination of the Debtor**, a copy of which is attached and served on you.

**NOTE THAT THE PROPOSED ORDER APPENDED TO THIS MOTION MAY BE ENTERED BY THE JUDGE WITHOUT PRESENTMENT IN OPEN COURT UNLESS A PARTY IN INTEREST NOTIFIES THE JUDGE OF AN OBJECTION THERETO PURSUANT TO LOCAL RULE 9013-9.**

/s/ *Kimberly Bacher*
Kimberly Bacher
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois   60604
(312) 353-5014

## CERTIFICATE OF SERVICE

I, Kimberly Bacher, an attorney, state that on July 14, 2017, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion for Rule 2004 Examination of the Debtor** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

/s/ *Kimberly Bacher*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice:**

| | |
|---|---|
| Joseph E. Cohen: | jcohen@cohenandkrol.com, jcohenattorney@gmail.com; gkrol@cohenandkrol.com; jneiman@cohenandkrol.com; acartwright@cohenandkrol.com; gsullivan@cohenandkrol.com |
| William J. Factor: | wfactor@wfactorlaw.com, wfactorlaw@gmail.com; bharlow@wfactorlaw.com; wfactor@ecf.inforuptcy.com; wfactormyecfmail@gmail.com; r43923@notify.bestcase.com |
| Ilene F. Goldstein: | ifgolds@aol.com, il35@ecfcbis.com |
| Ilene F. Goldstein: | ifgcourt@aol.com, IL35@ecfcbis.com |
| Thomas H. Griseta: | tgriseta@wfactorlaw.com, bharlow@wfactorlaw.com |
| Allen J. Guon: | aguon@shawfishman.com, cowens@shawfishman.com |
| Michael W. Huseman: | mhuseman@dreyerfoote.com, r43214@notify.bestcase.com |
| Patrick S. Layng: | USTPRegion11.ES.ECF@usdoj.gov |
| Victor F. Price: | vprice@ashiflaw.com |
| Elliot Wiczer: | ewiczer@wiczersheldon.com, anorris@wiczersheldon.com |

**Parties Served via First Class Mail:**

Yuri M. Birg
1995 Hidden Ridge Lane
Highland Park, IL 60035

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| YURI M. BIRG, | ) | CASE NO. 17-10670 |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |

**MOTION FOR RULE 2004**
**EXAMINATION OF THE DEBTOR**

Now comes PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his attorney, Kimberly Bacher, and moves the Court to enter an order authorizing discovery from Yuri M. Birg (the "Debtor") under Fed. R. Bankr. P. 2004. As his reasons for said request, the United States Trustee states to the Court as follows.

1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine under IOP 15(a) and LR40.3.1(a) of the United States District Court for the Northern District of Illinois and Local Rule 9013-9.

2. Movant is the United States Trustee for the Northern District of Illinois and brings this motion under Fed. R. Bankr. P. 2004.

3. The Debtor filed his Chapter 7 case on April 4, 2017. On or around that same date, the U.S. Trustee appointed Ilene Goldstein the Chapter 7 trustee in the Debtor's case (the "Chapter 7 Trustee").

4. The Meeting of Creditors was held on May 18, 2017. The Chapter 7 Trustee continued the Meeting of Creditors to June 15, 2017 and again to July 13, 2017.

5. On July 7, 2017, creditors Steve and Lena Fialko (the "Fialko's") filed adversary case number 17-00363 against the Debtor alleging false representation, deceptive business

practices and actual fraud. In their complaint, the Fialko's seek nondischargeability of the debt owed to them pursuant to Sections 523(a)(2) of the Bankruptcy Code.

6. The U.S. Trustee seeks discovery to verify the veracity, truthfulness, and completeness of the Debtor's petition, schedules, and statement of financial affairs in order to evaluate whether there may be a basis to object to the Debtor's discharge under Section 727 of the Bankruptcy Code. To do so, the U.S. Trustee needs to elicit discovery from the Debtor under Federal Rule of Bankruptcy Procedure 2004(c), including the production of documents and attendance at an examination, if necessary.

WHEREFORE, the United States Trustee requests the Court to enter an order authorizing the United States Trustee to conduct discovery of Debtor pursuant to Fed. R. Bankr. P. 2004, and for such other relief as is just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: July 14, 2017            By: */s/ Kimberly Bacher*
Kimberly Bacher
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois   60604
(312) 353-5014