## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re: )
)
Yuri M. Birg ) Chapter 7
) Case No: 17-10670
) Judge A. Benjamin Goldgar
Debtor. )

### ORDER ~~PURSUANT TO 11 U.S.C. § 362(d)~~ MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

*GRANTING IN PART AND DENYING IN PART AS UNNECESSARY MOTION TO*

This ~~Honorable Court hereby grants~~ *matter came before the court on* Creditors/Movants, Valentinas Rekuliakas and Val's Construction, Inc.'s motion to enter an order lifting the automatic stay to allow Movants to proceed with pending litigation against the debtor, Greenview Builders and Cabinetry Designers, Inc., solely to the extent of insurance coverage. Therefore, it is hereby:

ORDERED that Valentinas Rekuliakas and Val's Construction, Inc.'s Motion is granted as provided herein; and it is further

~~ORDERED that the Debtor Yuri M. Birg is compelled to provide all insurance information for himself and Greenview Builders and Cabinetry Designers, Inc. with 21 days of entry of this Order; and it is further~~

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is ~~vacated~~ *lifted* with the limitation that all damages sought against Yuri M. Birg ~~and/or Greenview Builders and Cabinetry Designers, Inc.'s~~ are to be satisfied solely from *applicable* liability insurance. *As to Greenview, the motion is denied as unnecessary. See 11 USC § 362(c).*

Dated: January____, 2019

FEB 0 1 2019

UNITED STATES BANKRUPTCY JUDGE