UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 17-10670 |
|---|---|---|
| YURI M. BIRG, | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY (§ 362)

This matter coming before the Court for a hearing on Ryan and Elizabeth Kole's (the "Koles") Motion to Modify the Automatic Stay to Collect Non-Estate Assets in State Court pursuant to Section 362 of the United States Bankruptcy Code (the "Motion"), due notice having been provided, and the Court advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein;

2. The automatic stay is modified pursuant to 11 U.S.C. 362(d) to allow the Koles to pursue non-estate assets of the Debtor in state court.

Enter:

Dated: **2 7 FEB 2019**

United States Bankruptcy Judge

**Prepared by:**
William J. Factor (6205675)
Thomas H. Griseta (6319206)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
P: (312) 629-2031
F: (847) 574-8233
Email: tgriseta@wfactorlaw.com

Rev: 20151029_bko