UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-10670 |
| | ) | |
| YURI M. BIRG, | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

**Order Authorizing Rule 2004
Examination of Debtor, Ilana Birg, Meltser Law Group, Warady &
Davis, and Sergey Taitler**

This matter coming to be heard on the Motion of Ilene f. Goldstein, as Trustee for the captioned bankruptcy estate for Rule 2004 Examinations of Debtor, Ilana Birg, Meltser Law Group, Warady & Davis, and Sergey Taitler.

IT IS HEREBY ORDERED:

1. The Motion is granted;

2. The Trustee is authorized to conduct Rule 2004 examinations of the Debtor, Ilana Birg, Meltser Law Group, Warady & Davis, and Sergey Taitler.

Enter:

Dated: 01 MAR 2019

United States Bankruptcy Judge

**Prepared by:**
Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, IL 60062

Rev: 20151029_bko