IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 17-10670 |
| YURI M. BIRG<br>a/k/a YURI BIRG, | CHAPTER 7 |
| Debtors. | JUDGE A. BENJAMIN GOLDGAR |

NOTICE OF MOTION

TO:

Yuri M. Birg
1995 Hidden Ridge Lane
Highland Park, IL 60035
**BY U.S. MAIL**

| | |
|---|---|
| Joseph E. Cohen, Attorney for Debtor | **BY ELECTRONIC TRANSMISSION** |
| Ilene F. Goldstein, Chapter 7 Trustee | **BY ELECTRONIC TRANSMISSION** |
| ***SEE ATTACHED SERVICE LIST** | **BY ELECTRONIC TRANSMISSION** |

PLEASE TAKE NOTICE that on December 6, 2019, at 11:45 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable A. BENJAMIN GOLDGAR, Bankruptcy Judge, at **the Park City Branch Court, 301 S. Greenleaf Avenue, Courtroom B, Park City, Illinois 60085**, and then and there present the attached Motion to Modify the Automatic Stay and Compel Abandonment, a copy of which is hereby served upon you.

PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Modify the Automatic Stay and Compel Abandonment attached, upon the parties listed above, by the methods specified, from 2056 Ridge Road, Homewood, Illinois 60430 before the hour of 5:00 P.M. on the 11th day November, 2019.

BY: _____/s/ Terri M. Long_____
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax: : (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING, LLC, SERVICER FOR MEB LOAN TRUST IV, U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE, its Successors and/or Assigns

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

YURI M. BIRG
a/k/a YURI BIRG,

Debtors.

NO. 17-10670
CHAPTER 7

JUDGE A. BENJAMIN GOLDGAR

MOTION TO MODIFY AUTOMATIC STAY
AND COMPEL ABANDONMENT

Now comes SPECIALIZED LOAN SERVICING, LLC, SERVICER FOR MEB LOAN TRUST IV, U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE, its successors and/or assigns, (hereinafter referred to as "MOVANT") a creditor herein, by TERRI M. LONG, its attorney, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and directing the trustee to abandon his interest in certain property of the estate, and in support thereof respectfully represents as follows:

1. On April 4, 2017, the Debtor herein filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. Movant is a creditor of the Debtor with respect to a certain *second* mortgage upon real estate, with a common address of 1995 Hidden Ridge Lane, Highland Park, Illinois 60035, with a total outstanding balance of $1,231,206.58 as of November 1, 2019.

3. The Debtor has not offered, and Movant is not receiving, adequate protection for its secured interest or depreciating value.

4. The Debtor has no equity in the aforesaid real estate. In fact, the approximate fair market value of the property is $1,150.000.00, according to the Debtor's schedules. There is a first mortgage on the property with an approximate balance of $1,173.416.00 (as of 4/4/17). Further, the collateral is not necessary to an effective reorganization by the Debtor.

5. Movant will suffer irreparable injury, harm and damage should it be delayed in foreclosing its security interest therein.

6. The Debtor is past due for a payment that was due on September 20, 2017, and for a monthly payment due each month thereafter.

7. An order of discharge was entered on August 12, 2019, but the case remains open and the Trustee has not filed a Report of No Distribution.

8. Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this motion.

WHEREFORE, SPECIALIZED LOAN SERVICING, LLC prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code and directing the trustee to abandon his interest in this collateral, to permit the said SPECIALIZED LOAN SERVICING, LLC to foreclose its security interest in a certain second mortgage upon real estate, with a common address of 1995 Hidden Ridge Lane, Highland, Illinois 60035, and for such other and further relief as this Court may deem just.

SPECIALIZED LOAN SERVICING, LLC, SERVICER FOR MEB LOAN TRUST IV, U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE, its Successors and/or Assigns

BY: _____/s/ Terri M. Long_____
        TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301   Fax: (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING, LLC, SERVICER FOR MEB LOAN TRUST IV, U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE, its Successors and/or Assigns