UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-10670
YURI M. BIRG )
a/k/a YURI BIRG, ) Chapter: 7
)
) Honorable A. Benjamin Goldgar
) Lake County
Debtor(s) )

## ORDER MODIFYING AUTOMATIC STAY ~~AND ABANDONING PROPERTY OF THE ESTATE~~

This cause coming on to be heard on the motion of SPECIALIZED LOAN SERVICING, LLC, SERVICER FOR MEB LOAN TRUST IV, U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE, its successors and/or assigns, to modify the restraining provisions of §362 of the Bankruptcy Code, and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the restraining provisions of §362 of the Bankruptcy Code are hereby modified to permit SPECIALIZED LOAN SERVICING, LLC, SERVICER FOR MEB LOAN TRUST IV, U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE, its successors and/or assigns, to foreclose its security interest in a certain second mortgage upon real estate, with a common address of 1995 Hidden Ridge Lane, Highland Park, Illinois 60035, as provided by Illinois law and statute;

~~IT IS FURTHER ORDERED that any interest of the Trustee with respect to this second mortgage and with respect to real estate with a common address of 1995 Hidden Ridge Lane, Highland Park, Illinois 60035, is abandoned.~~ *etc*

IT IS FURTHER ORDERED that the 14-day stay as provided for in Bankruptcy Rule 4001(a)(3) shall not apply to this Order, and the Order shall be in full force and effect upon entry of this Order.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: DEC 0 6 2019

**Prepared by:**
TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax : (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING, LLC,
SERVICER FOR MEB LOAN TRUST IV, U.S. BANK
NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL

Rev: 20170105_bko