# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-10670 ABG  
**Case Name:** BIRG, YURI M.  
**Period Ending:** 12/31/21

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 04/04/17 (f)  
**§341(a) Meeting Date:** 05/18/17  
**Claims Bar Date:** 03/14/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Memorial Gardens 9900 Gross Point Rd., Skokie, I<br>Imported from original petition Doc# 19 | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 2 | 1995 Hidden Ridge Lane, Highland Park, IL 60035-<br>Imported from original petition Doc# 19 | 1,150,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash<br>Imported from original petition Doc# 19 | 25.00 | 25.00 | | 0.00 | 25.00 |
| 4 | Household goods<br>Imported from original petition Doc# 19 | 2,290.00 | 1,145.00 | | 0.00 | 2,290.00 |
| 5 | ELECTRONICS (tv stereocomputers and games<br>Imported from original petition Doc# 19 | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 6 | Misc. artwork - 2 artworks no name artist (purch<br>Imported from original petition Doc# 19 | 200.00 | 200.00 | | 0.00 | FA |
| 7 | Normal wearing apparel<br>Imported from original petition Doc# 19 | 300.00 | 0.00 | | 0.00 | 300.00 |
| 8 | Jewelry wathces weddind band etc<br>Imported from original petition Doc# 19 | 5,800.00 | 2,945.00 | | 0.00 | 5,800.00 |
| 9 | Golf clubs, bicycle<br>Imported from original petition Doc# 19 | 200.00 | 200.00 | | 0.00 | 200.00 |
| 10 | Prudential $4,000,000.00 face value term insuran<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Prudential $1,000,000.00 face value Universal Pr<br>Imported from original petition Doc# 19 | 49,218.09 | 0.00 | | 0.00 | 49,218.09 |

Printed: 01/27/2022 01:04 PM  V.20.36

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 17-10670 ABG | **Trustee:** (330290) | ILENE F. GOLDSTEIN |
| **Case Name:** BIRG, YURI M. | **Filed (f) or Converted (c):** 04/04/17 (f) | |
| | **§341(a) Meeting Date:** 05/18/17 | |
| **Period Ending:** 12/31/21 | **Claims Bar Date:** 03/14/18 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | John Hancock $2,000,000.00 term insurance policy<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Merrill Lynch collateralized mutual fund with Be<br>Imported from original petition Doc# 19 | 180,000.00 | 0.00 | | 0.00 | FA |
| 14 | Greenview Builders and Cabinetry Designers, Inc.<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Birg & Meltser, Ltd., 50% ownership<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Paramount Point Properties, Inc., 50% ownership<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Charlotte Construction and Property Managers, LL<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | All American Roofing, Inc.,, 3% ownership<br>Imported from original petition Doc# 19 | Unknown | 0.00 | | 0.00 | FA |
| 19 | 1550 Park Ave LLC, 3% ownership<br>Imported from original petition Doc# 19 | Unknown | 0.00 | | 0.00 | 0.00 |
| 20 | 1550 Park Ave West LLC, 50% ownership<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 21 | Yuri Birg Trust - may have interest in 1550 Park<br>Imported from original petition Doc# 19 | Unknown | 0.00 | | 0.00 | 0.00 |
| 22 | Potential defenses and counterclaims in the even<br>Imported from original petition Doc# 19 | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-10670 ABG  
**Case Name:** BIRG, YURI M.  

**Period Ending:** 12/31/21  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 04/04/17 (f)  
**§341(a) Meeting Date:** 05/18/17  
**Claims Bar Date:** 03/14/18  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 23 Possible interest in "www.LeaderBuilt.com " Imported from original petition Doc# 19 | Unknown | 0.00 | | 0.00 | 0.00 |
| 24 Possible interest in "www.paramountpoint.com and Imported from original petition Doc# 19 | Unknown | 0.00 | | 0.00 | FA |
| 25 2 dogs Imported from original petition Doc# 19 | 10.00 | 10.00 | | 0.00 | FA |
| 26 Law suits on avoiding powers (u) (See Footnote) | Unknown | Unknown | | 0.00 | Unknown |
| **26 Assets Totals** (Excluding unknown values) | **$1,395,043.09** | **$11,525.00** | | **$0.00** | **$58,833.09** |

RE PROP# 26    The Trustee simply put is contesting a post nuptual agreement that  arguably transferred numerous assets potentially worth substantail dollars

---

**Major Activities Affecting Case Closing:**

STATUS: JANUARY 2022: The lawsuit still pending is against the Debtor's spouse . Currently the parties are engaged in discovery issues  The Court has extended the discovery cut off  to February 14,  2022 and set a status hearing for February 14,2022April 5,2021.

STATUS: JANUARY 2021:The lawsuit still pending is against the Debtor's spouse . Currently the parties are engaged in discovery issues at least one of them is currentlt being briefed.  The Court has set a status hearing for April 5,2021.

STATUS:: JANUARY 2020 The Trustee filed two  lawsuits involving avoiding  power issues.  One case has been resolved.  The other is still pending.

STATUS:: JANUARY 2019 The Trustee has gathered documents and is evaluating any lawsuits or avoidng  power issues

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-10670 ABG  
**Case Name:** BIRG, YURI M.  

**Period Ending:** 12/31/21

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 04/04/17 (f)  
**§341(a) Meeting Date:** 05/18/17  
**Claims Bar Date:** 03/14/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

STATUS: JANUARY 2018  The Trustee analysed potential objections to dischage.  The trustee is now evaluating Debto's interes in various business entities, funds allegedly pledged to Belmont Bank and interests in businesses tranferred as well as other personal property

**Initial Projected Date Of Final Report (TFR):** March 31, 2019     **Current Projected Date Of Final Report (TFR):** December 31, 2022